**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**Luis Rolando Quito Pomaquiza**

v. Case No. 26-cv-782-PB-TSM

**Superintendent, Strafford County Department of Corrections, et al.**

## ORDER

After the government notified the Court that Luis Rolando Quito Pomaquiza received the bond hearing he sought on October 19, 2026, see Doc. 11, I ordered Pomaquiza to show cause within seven days why his petition should not be dismissed. Doc. 13. Pomaquiza has not responded to that order to date, so his petition shall be dismissed.

The clerk shall enter judgment accordingly and close the case.

SO ORDERED.

/s/ Paul Barbadoro
Paul J. Barbadoro
United States District Judge

November 2, 2026

cc: Counsel of Record